# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 5:23-cv-00203-JWH (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to grant Defendants' Motion for Summary Judgment and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

Therefore, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **APPROVED**.

2. Plaintiff's First Amended Complaint is **DISMISSED** for lack of administrative exhaustion.

3. Judgment **DISMISSING** this action **without prejudice** will be entered accordingly.

**IT IS SO ORDERED.**

DATED: March 13, 2025

JOHN W. HOLCOMB
United States District Judge