# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00203-JWH (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motion for Summary Judgment,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for lack of administrative exhaustion.

**IT IS SO ORDERED.**

DATED:   March 13, 2025

JOHN W. HOLCOMB
United States District Judge